**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **KURT E. SCHEUNEMAN,** )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>**UNITED STATES, DEPARTMENT OF THE** )<br>**TREASURY, and INTERNAL REVENUE** )<br>**SERVICE OVERSIGHT BOARD,** )<br>)<br>    **Defendants.** ) | Case No. 07-2020 |

**ORDER**

On August 28, 2007, the Magistrate Judge filed a Report and Recommendation (#19) in the above cause. The Magistrate Judge recommended that Defendants' Motion to Dismiss (#11) be GRANTED.

On September 14, 2007, Plaintiff filed his Objection to the Report and Recommendation (#20). This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (#11) is GRANTED.

(2) This case is terminated.

ENTERED this 18th day of September, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE